# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Mandrill Montgomery,

Plaintiff,

v. C/A No. 6:23-cv-00395-TMC-JDA

Prisma Health,

Defendant.

**DEFENDANT'S PRIVILEGE LOG**

Defendant Prisma Health ("Defendant"), by and through its counsel, submits this Privilege Log describing documents that may otherwise be responsive to one or more of Plaintiff's First Set of Interrogatories and/or First Set of Requests for the Production of Documents, but are protected from production by the attorney-client privilege and/or work-product doctrine. Defendant intends this Privilege Log to comply with the requirements of Federal Rule of Civil Procedure 26(b)(5).

| **Document Description** | **Date** | **Privilege Asserted** |
|---|---|---|
| | | |
| Redactions in emails produced as DEF 000001-000108.<br><br>Redacted portions are transmittal emails from Sr. HRBP Lori Smith to defense counsel D. Michael Henthorne for emails produced at defense counsel's direction. | February 26, 2022; February 28, 2022 | Attorney/Client Privilege |
| SC Board of Nursing documents and communications relating to Board complaint and proceeding withheld pursuant to S.C. Code Ann. § 40-33-190. | Undated | Statutory Privilege (S.C. Code Ann. § 40-33-190) |

| Document Description | Date | Privilege Asserted |
|---|---|---|
| Documents, records or information relating to "reviews or investigations to evaluate the quality of care provided by hospital employees, agents, members of the hospital's medical staff, or other practitioners" withheld pursuant to S.C. Code Ann. § 44-7-392. | August 30, 2021 – September 7, 2021 | Statutory Privilege (S.C. Code Ann. § 44-7-392) |
| Redactions in emails produced as DEF 000411-416.<br><br>Redacted portions are transmittal emails from (1) Wesley Liao, M.D. to Sr. HRBP Lori Smith; and (2) Sr. HRBP Lori Smith to defense counsel D. Michael Henthorne for email produced at defense counsel's direction. | February 22, 2022; February 24, 2022 | Attorney/Client Privilege |

Dated this 7th day of November 2023.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: D. Michael Henthorne
D. Michael Henthorne (Fed ID No. 6386)
Sarah M. Gable (Fed ID No. 12192)

**ATTORNEYS FOR DEFENDANT**

First Base Building
2142 Boyce Street – Suite 401
Columbia, South Carolina 29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
michael.henthorne@ogletree.com
sarah.gable@ogletree.com

## CERTIFICATE OF SERVICE

I, Christine K. Davis, do hereby certify that the foregoing **DEFENDANT'S PRIVILEGE LOG** has been served upon the Plaintiff, through her counsel, by U.S. mail and electronic mail as follows:

Shannon Polvi, Esq.
Cromer Babb Porter & Hicks, LLC
Post Office Box 11675
Columbia, SC 29211
shannon@cbphlaw.com

Dated this 7th day of November 2023.

Christine K. Davis
Christine K. Davis
Litigation Practice Assistant

First Base Building
2142 Boyce Street, Suite 401
Columbia, SC 29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
christine.davis@ogletree.com